UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-4027-GW-MRWx | Date | October 31, 2023 |
|---|---|---|---|
| Title | *Mariana Romero v. Payden & Rygel, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On October 30, 2023, Defendant UnitedHealthcare Insurance Company filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 60 days. The Court sets an order to show re: settlement hearing for January 4, 2024 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on January 2, 2024.

:

Initials of Preparer   JG