JS-6

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   MARIANA ROMERO,                      Case No. CV 23-4027-GW-MRWx

12              Plaintiff,                **ORDER GRANTING JOINT STIPULATION AND REQUEST TO**

13         v.                             **DISMISS MATTER WITHOUT PREJUDICE**

14   PAYDEN & RYGEL; UNITED
     HEALTHCARE SERVICES, INC.; and
15   DOES 1-10,

16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1       Having read the stipulation of the parties, the Court hereby GRANTS the request.

2   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is ordered that this action

3   is dismissed without prejudice, with each party to bear its own fees and costs.

4       IT IS SO ORDERED.

5

6   Dated:  January 30, 2024

7   _____

8   HON. GEORGE H. WU,
   United States District Judge

2

307937567v.1